UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LUBERTHA ROGERS, | ) | CASE NO. 1:07CV834 |
| Plaintiff, | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) ) | |
| VANTAGE PRESS, INC., | ) ) | ORDER OF DISMISSAL |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

On April 23, 2007, this Court received a Notice of Suggestion of Death of Plaintiff Lubertha Rogers. On April 27, 2007, this Court entered an Order notifying parties that substitution of Plaintiff must be made within ninety days of the Notice of Suggestion of Death pursuant to Fed. R. Civ. P. 25. Since the ninety day period has passed and no substitution has been made the Court orders Plaintiff's claims dismissed without prejudice. Therefore, this case is removed from the Court's active docket.

IT IS SO ORDERED.

7/24/07
Date

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge